**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−11858−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ana S. Baptista
   57 Wilson Avenue
   Newark, NJ 07105

Social Security No.:
   xxx−xx−4863

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/9/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 10, 2017
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Ana S. Baptista
    Debtor

Case No. 16-11858-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: May 10, 2017
    Form ID: 148    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.
```
db              +Ana S. Baptista,    57 Wilson Avenue,    Newark, NJ 07105-3216
cr              +National Loan Investors, LP,    Dembo & Saldutti LLP,    1300 Route 73, Suite 205,
                  Mount Laurel, NJ 08054-2200
cr              +Specialized Loan Servicing LLC as servicing agent,    c/o Buckley Madole PC,
                  99 Wood Ave South #803,    Iselin, NJ 08830-2713
516219257        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                  Carol Stream, IL  60197-5008
515977002       +Attorney General of the United States,    For the Internal Revenue Service,
                  950 Pennsylvannia Avenue NW Room 4545,    Washington, DC 20530-0009
515977003     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                 (address filed with court:  Ditech Financial Llc,    332 Minnesota St Ste 610,
                  Saint Paul, MN 55101)
516257608       +National Loan Investors, LP,    5619 N. Classen Blvd,    Oklahoma City, OK 73118-4015
515977004       +Parker McKay PA,    9000 Midlantic Drive Suite 300,    PO Box 5054,    Mount Laurel, NJ 08054-5054
515977006      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State Of New Jersey,    Division Of Taxation,    PO Box 190,
                  Trenton, NJ 08695)
515977005       +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                  Highlands Ranch, CO 80129-2386
516109894       +U.S. Bank National Association, Trustee (See 410),    C/O U.S. Bank Home Mortgage,
                  a division of U.S. Bank NA,    4801 Frederica Street,    Owensboro, Kentucky 42301-7441
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 10 2017 22:31:22     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2017 22:31:20      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
                                                                                              TOTAL: 2

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515977007*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State Of New Jersey,    Division of Taxation,    PO Box 245,
                  Trenton, NJ 08695-0245)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for U.S.
               Bank National Association, as Trustee for Terwin Mortgage Trust 2005-16HE, Asset-Backed
               Certificates, Series 2005-16HE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-16HE, Asset-Backed
               Certificates, Series 2005-16HE nj_ecf_notices@buckleymadole.com
              Marie-Ann Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 10, 2017
                              Form ID: 148             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Michael E. Brown    on behalf of Creditor    National Loan Investors, LP mbrown@dbblegal.com
        Nicholas  Fitzgerald    on behalf of Debtor Ana S. Baptista nickfitz.law@gmail.com
        TOTAL: 5