Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 16−11858−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ana S. Baptista
   57 Wilson Avenue
   Newark, NJ 07105

Social Security No.:
   xxx−xx−4863

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on May 10, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 62 − 53
Order Granting Trustee Motion to Dismiss Case, or Direct Employer to Pay Trustee or for Entry of an order for Default Clause for Debtor (Related Doc # 53). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/9/2017. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 10, 2017
JAN: jf

                                                       Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ana S. Baptista  
    Debtor

Case No. 16-11858-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 10, 2017  
                  Form ID: orderntc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.
```
db             +Ana S. Baptista,    57 Wilson Avenue,    Newark, NJ 07105-3216
cr             +National Loan Investors, LP,    Dembo & Saldutti LLP,    1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
cr             +Specialized Loan Servicing LLC as servicing agent,    c/o Buckley Madole PC,
                 99 Wood Ave South #803,    Iselin, NJ 08830-2713
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for U.S.
               Bank National Association, as Trustee for Terwin Mortgage Trust 2005-16HE, Asset-Backed
               Certificates, Series 2005-16HE dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-16HE, Asset-Backed
               Certificates, Series 2005-16HE nj_ecf_notices@buckleymadole.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael E. Brown    on behalf of Creditor    National Loan Investors, LP mbrown@dbblegal.com
              Nicholas Fitzgerald    on behalf of Debtor Ana S. Baptista nickfitz.law@gmail.com
                                                                                             TOTAL: 5
```